IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

                                            Case No. 13-CV-364

     v.

JUSTIN J. FILTZ,

                Defendant.

---

### ORDER TO SHOW CAUSE

---

Upon the petition of the United States, the supporting exhibits and the record as a whole, it is hereby ORDERED that:

1. Defendant, Justin J. Filtz, shall appear before the District Court of the United States for the Western District of Wisconsin, in the United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703 at  8:30  a.m. on the  28th  day of  August , 2013, at Courtroom  250 , to show cause why defendant should not be compelled to comply with the Internal Revenue summons served on defendant on February 12, 2013.

2. A copy of this Order, together with the petition and supporting exhibits, shall be personally served on Justin J. Filtz, by an official of the United States Marshal Service within twenty (20) days of the date of this Order.

3. At least five (5) business days prior to the date of the show cause hearing, defendant shall reduce to writing, file with the Court, and serve a copy on the United States Attorney, (a) a response to any of the facts and allegations made by plaintiff in the complaint, petition or supporting declaration which defendant believes are untrue, as well as any defenses plaintiff may have, and/or (b) any motions in opposition to the petition.

4.  If defendant fails to file and serve a responsive pleading or a motion at least five (5) days prior to the show cause hearing, the Court will assume defendant has no objection to the petition or exhibits and will proceed to enter an order enforcing the summons and directing defendant to comply with the summons, without holding the show cause hearing.

Dated this 29th day of May, 2013.

BY THE COURT:

_____
United States District Judge
Western District of Wisconsin