IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JUSTIN J. FILTZ,

    Respondent.

Case No. 13-cv-364

**ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

A copy of the petition and order to show cause having been served on respondent on June 24, 2013, 2013, and the respondent having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Stephen Milleson or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Justin J. Filtz, for the taxable years 2007, and 2008, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All books, papers, records or other documents demanded in the Internal Revenue Service summons served upon respondent on February 11, 2013.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Stephen Milleson, Internal Revenue Service, 10208 Park Plaza Suite: C, Rothschild, Wisconsin,

1

54474, telephone number (715) 355-4550, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his designee.

**FAILURE TO COMPLY WITH THIS ORDER IN SUBSTANTIAL PART WILL RESULT IN YOU HAVING TO APPEAR IN PERSON IN OPEN COURT TO EXPLAIN WHY YOU SHOULD NOT BE FOUND IN CONTEMPT.**

Dated this 22nd day of August, 2013.

BY THE COURT:

*/s/ William M. Conley*

WILLIAM M. CONLEY
United States District Judge
Western District of Wisconsin